UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

ROBERT FODDE,                          )
                                       )
            Plaintiff,                 )
                                       )
      vs.                              )        Case No. 4:06CV559CDP
                                       )
CITY OF HAZELWOOD,                     )
MISSOURI, et al.,                      )
                                       )
            Defendants.                )

## ORDER

The Court having been advised that this action has been settled,

**IT IS HEREBY ORDERED** that the **October 29, 2007** trial setting is vacated

and all pending motions are denied without prejudice.

**IT IS HEREBY ORDERED** that counsel shall file, within thirty (30) days of

the date of this order, a stipulation for dismissal, a motion for leave to voluntarily

dismiss, or a proposed consent judgment.  Failure to timely comply with this order

shall result in the dismissal of this action with prejudice.


_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE


Dated this 6th day of June, 2007.